An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRELL T. TAYLOR,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68717

**FILED**

OCT 1 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner asks this court to direct the justice court to make available to him all exculpatory evidence. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction because petitioner has an adequate remedy in a direct appeal if he is convicted. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Terrell T. Taylor
       Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A

15-31470